IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERCI WILAM MOQUERA-RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEO GROUP INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　Case No. CIV-22-378-PRW<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

On August 9, 2022, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation (Dkt. 9) in this action, recommending that Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice for failure to cure his *In Forma Pauperis* Application and Complaint, as ordered, and failure to pay the filing fee.

Plaintiff was advised that he had a right to object to the Report and Recommendation by August 30, 2022, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. No objections have been filed as of this date.

Upon review of the Report and Recommendation, the Court:

(1)　**ADOPTS** in full the Report and Recommendation issued by the Magistrate Judge on August 9, 2022; and

(2)　**DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

**IT IS SO ORDERED** this 15th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PATRICK R. WYRICK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE